NUMBER 13-08-00166-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG


____________________________________________________________


IN RE: GARRETT PAVING & MAINTENANCE, INC.
 

____________________________________________________________


On Petition for Writ of Mandamus


and Motion for Stay

____________________________________________________________


MEMORANDUM OPINION



Before Chief Justice Valdez and Justices Garza and Benavides


Memorandum Opinion (1) Per Curiam



 Relator, Garrett Paving & Maintenance, Inc., filed a petition for writ of mandamus
and motion for stay in the above cause on March 31, 2008. 

 The Court, having examined and fully considered the petition for writ of mandamus
and motion for stay, is of the opinion that relator has not shown itself entitled to the relief
sought. 

 Accordingly, the petition for writ of mandamus and motion for stay are DENIED. 
See Tex. R. App. P. 52.8(a). 


 PER CURIAM



Memorandum Opinion delivered and filed

this 1st day of April, 2008.

 


 

1. See Tex. R. App. P. 52.8(d) ("When denying relief, the court may hand down an opinion but
is not required to do so."); Tex. R. App. P. 47.4 (distinguishing opinions and memorandum opinions).